# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY ZOOK, | Case No. CV 13-7286-DDP (JEM) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| KIM HOLLAND, Warden, | |
| Respondent. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed without prejudice.

DATED: May 6, 2015

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE